IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JARRED L. WILLIAMS,

    Petitioner,

v.                              Case No. 1:18-cv-195-AW-GRJ

SECRETARY, DEP'T OF CORRECTIONS,

    Respondent.

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's February 5, 2020 Report and Recommendation. ECF No. 18. No objections have been filed. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1.    The Report and Recommendation (ECF No. 18) is adopted and incorporated into this order.

2.    The clerk will enter a judgment that says, "The § 2254 petition is denied."

3.    A certificate of appealability is DENIED.

4.    The clerk will close the file.

SO ORDERED on March 29, 2020.

                                          s/ *Allen Winsor*
                                          United States District Judge